VENABLE LLP
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
MIKE BLOOMBERG 2020, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE PARRELLA and NEIL HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | CASE NO. 2:20-cv-08088-CBM-JC<br><br>Hon. Consuelo B. Marshall<br>Courtroom 8B – First Street<br><br>Related Case: 2:20-CV-02231-CBM-JC<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed: August 4, 2020<br>Removal: September 3, 2020<br>Trial Date: None Set |

STIPULATION OF DISMISSAL

IT IS HEREBY STIUPLATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and that each party is to bear its own attorneys' fees and costs.

Dated: October 19, 2020

VENABLE LLP

By: /s/ Ari N. Rothman
    Ari N. Rothman
    Witt W. Chang
Attorneys for Defendant
MIKE BLOOMBERG 2020, INC.

Dated: October 16th, 2020

Plaintiff MICHELLE PARRELLA

*/s/ MParrella*

Dated: October 16th, 2020

Plaintiff NEIL HOBBS

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1

STIPULATION OF DISMISSAL

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                                               ) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

    On **October 19, 2020**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **STIPULATION OF DISMISSAL** on the interested parties in this action addressed as follows:

Michelle Parrella                              Plaintiff
2847 Delaware Ave.
Santa Monica, CA 90404
Telephone: (310) 227-7742
Email: TCPA.Law@outlook.com

Neil Hobbs                                         Plaintiff
2847 Delaware Ave.
Santa Monica, CA 90404
Telephone: (310) 227-7742
Email: TCPA.Law@outlook.com

☑    By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

    ☑    **BY MAIL (FRCP 5(b)(2)(C))**:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

    ☑    **BY ELECTRONIC MEANS (FRCP 5(b)(2)(E))**:  Pursuant to FRCP 5(b)(2)(E), I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.  Service by e-mail or electronic means was agreed upon based on an agreement of the parties to accept service.

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on **October 19, 2020**, at Los Angeles, California.

                                                    Raquel L. Rubio

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900